**Celeste G. BROUGHTON, Plaintiff–Appellant,**

v.

**W. Sidney ALDRIDGE, Jr.; John N. McClain, Jr.; Robert B. Rader, Jr., Judge; Wells Fargo & Company; Wells Fargo Advisors, LLC, Defendants–Appellees.**

**Celeste G. Broughton, Plaintiff–Appellant,**

v.

**W. Sidney Aldridge, Jr.; John N. McClain, Jr.; Robert B. Rader, Jr., Judge; Wells Fargo & Company; Wells Fargo Advisors, LLC, Defendants–Appellees.**

**Nos. 11–1115, 11–1186.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2011.

Decided: Sept. 9, 2011.

Celeste G. Broughton, Appellant Pro se. John N. McClain, Jr., David Hayes Permar, Hatch, Little & Bunn, Raleigh, North Carolina; Debbie Weston Harden, Womble Carlyle Sandridge & Rice, PLLC, Charlotte, North Carolina; William Sidney Aldridge, Kevin Lamar Sink, Nicholls & Crampton, PA, Raleigh, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celeste G. Broughton appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2006) complaint and denying her post-judgment motions. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Broughton v. Aldridge,* 5:10–cv–00231–FL, 2010 WL 4809036 (E.D.N.C. Nov. 17, 2010), (Jan. 28, 2011), 2011 WL 677280 (Feb. 15, 2011). We deny Broughton's motions to seal the district court's opinion, for a ruling on the motion to seal, and to disqualify the court's North Carolina judges. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*